UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| GARY WAYNE HOLLOMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV408-009 |
| ) | |
| THE GEORGIA STATE BOARD OF ) | |
| PARDONS AND PAROLES and ) | |
| PAUL K. BRANAM, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7th day of May, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA